| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>Eldaena Haro Rodriguez<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 13 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 09/10/2025    Eldaena Haro Rodriguez
                    Printed name of Debtor 1                           Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (<u>Check only ONE box below</u>):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.


Date: _____    _____    _____
                              Printed name of Debtor 2                    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                   Page 2                              **F 1002-1.EMP.INCOME.DEC**

| Employee Name: | Jessica Rodriguez |
| --- | --- |
| Employee #: | 163324 |
| Employee Address: | 40593 Mayberry Ave, Hemet, CA 92544 |
| Department: | Purchasing |
| Job Title: | Purchasing Assistant |
| Pay Group: | JBMBW - Bi-WklyHrly (Sun-Sat) |
| Pay Type: | Hourly |

| | |
| --- | --- |
| Pay Date: | 8/29/2025 |
| Pay Period: | 8/10/2025 - 8/23/2025 |
| Deposit Advice #: | 115029771 |
| Pay Frequency: | Bi-Weekly |
| Pay Rate: | 25.0084 |
| Federal Filing Status: | Married |
| Federal 2c/Extra Withholding: | Yes/$0.00 |
| State Filing Status: | Married (CA) |
| State Exemptions: | 0 (CA) |

| Employer Name: | Pacific Gypsum Supply, Inc. |
| --- | --- |
| Employer Phone: | 678-353-2865 |
| Employer Address: | 1165 North Johnson Avenue, El Cajon, CA 92020 |

| | Current 8/10/2025 - 8/23/2025 | | | YTD As of 8/23/2025 | |
| --- | --- | --- | --- | --- | --- |
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 59.2100 | | $1,578.41 | 1,534.6300 | $41,510.47 |
| Regular Hours | 51.4000 | 25.0084 | $1,285.44 | 1,247.0000 | $30,593.21 |
| Overtime 1.5x | 7.8100 | 37.5125 | $292.97 | 215.6300 | $7,940.19 |
| Commission | | | | | $134.87 |
| FYE Bonus | | | | | $1,000.00 |
| PTO Hours | | | | 40.0000 | $975.95 |
| Holiday Hours | | | | 32.0000 | $785.64 |
| FLSA OT | | | | 403.4100 | $80.61 |
| **Taxable Benefits** | | | $0.07 | | $1.26 |
| Group Term Life | | | $0.07 | | $1.26 |
| **Memo Information** | | | $516.86 | | $9,565.45 |
| ER Dental Paid | | | $14.60 | | $262.80 |
| ER Health Paid | | | $465.99 | | $8,387.82 |
| ER LTD | | | $2.11 | | $37.98 |
| ER Basic Life | | | $2.59 | | $46.62 |
| 401K ER Match | | | $31.57 | | $830.23 |
| **Pre-Tax Deductions** | | | $416.61 | | $7,705.39 |
| Dental | | | $18.66 | | $323.96 |
| Medical | | | $299.20 | | $5,140.58 |
| Vision | | | $4.05 | | $71.10 |
| 401K PreTax | | | $94.70 | | $2,169.75 |
| **Taxes** | | | $183.99 | | $6,372.91 |
| Federal W/H | | | $61.01 | | $2,633.35 |
| Social Security EE | | | $77.91 | | $2,230.52 |
| Medicare EE | | | $18.22 | | $521.65 |
| CA W/H | | | $11.77 | | $555.69 |
| CA DT EE | | | $15.08 | | $431.70 |
| **Post-Tax Deductions** | | | $15.78 | | $422.92 |
| 401K Roth | | | $15.78 | | $415.08 |
| Short Term Disability | | | | | $7.84 |
| **Reimbursements** | | | | | $320.00 |
| Telephone Reimb | | | | | $320.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $962.03 | | $27,329.25 |
| Direct Deposit | 322281235 | XXXXXXXXX7500 | $962.03 | | |

| Accruals & Balances | |
| --- | --- |
| PTO Balance: | 50.13 Hours |
| Sick Balance: | 0.00 Hours |



| | | | | | |
|---|---|---|---|---|---|
| **Employer Name:** | Pacific Gypsum Supply, Inc. | **Employee Name:** | Jessica Rodriguez | **Pay Date:** | 8/29/2025 |
| | | **Employee #:** | 163324 | **Pay Period:** | 8/10/2025 - 8/23/2025 |
| | | **Employee Address:** | 40593 Mayberry Ave, Hemet, CA 92544 | **Deposit Advice #:** | 115029771 |
| | | **Department:** | Purchasing | **Pay Frequency:** | Bi-Weekly |
| | | **Job Title:** | Purchasing Assistant | **Pay Rate:** | 25.0084 |
| | | **Pay Group:** | JBMBW - Bi-WklyHrly (Sun-Sat) | **Federal Filing Status:** | Married |
| **Employer Phone:** | 678-353-2865 | | | **Federal 2c/Extra Withholding:** | Yes/$0.00 |
| **Employer Address:** | 1165 North Johnson Avenue, El Cajon, CA 92020 | **Pay Type:** | Hourly | **State Filing Status:** | Married (CA) |
| | | | | **State Exemptions:** | 0 (CA) |

### Supplemental Earnings Statement

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular Hours | 8/10/2025 | 8/16/2025 | 39.5200 | 25.0084 | $988.34 |
| Regular Hours | 8/17/2025 | 8/23/2025 | 11.8800 | 25.0084 | $297.10 |
| Overtime 1.5x | 8/10/2025 | 8/16/2025 | 6.0300 | 37.5125 | $226.20 |
| Overtime 1.5x | 8/17/2025 | 8/23/2025 | 1.7800 | 37.5125 | $66.77 |
| ER Dental Paid | 8/10/2025 | 8/23/2025 | | | $14.60 |
| Group Term Life | 8/10/2025 | 8/23/2025 | | | $0.07 |
| ER Health Paid | 8/10/2025 | 8/23/2025 | | | $465.99 |
| ER LTD | 8/10/2025 | 8/23/2025 | | | $2.11 |
| ER Basic Life | 8/10/2025 | 8/23/2025 | | | $2.59 |
| 401K ER Match | 8/10/2025 | 8/23/2025 | | | $31.57 |
| **Total Hours Paid** | | | 59.2100 | | |



| | | |
|---|---|---|
| **Employee Name:** | Jessica Rodriguez | **Check Date:** 8/15/2025 |
| **Employee #:** | 163324 | **Pay Period:** 7/27/2025 - 8/9/2025 |
| **Employee Address:** | 40593 Mayberry Ave, Hemet, CA 92544 | **Deposit Advice #:** 996372616 |
| **Department:** | Purchasing | **Pay Frequency:** Bi-Weekly |
| **Job Title:** | Purchasing Assistant | **Pay Rate:** 25.0084 |
| **Pay Group:** | JBMBW - Bi-WklyHrly (Sun-Sat) | **Federal Filing Status:** Married |
| **Pay Type:** | Hourly | **Federal 2c/Extra Withholding:** Yes/$0.00 |
| | | **State Filing Status:** Married (CA) |
| | | **State Exemptions:** 0 (CA) |

**Employer Name:** Pacific Gypsum Supply, Inc.
**Employer Phone:** 678-353-2865
**Employer Address:** 1165 North Johnson Avenue, El Cajon, CA 92020

| | Current 7/27/2025 - 8/9/2025 | | | YTD As of 8/9/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 97.1200 | | $2,642.90 | 1,475.4200 | $39,922.52 |
| Regular Hours | 80.0000 | 25.0084 | $2,000.70 | 1,195.6000 | $29,307.77 |
| Overtime 1.5x | 17.1200 | 37.5125 | $642.20 | 207.8200 | $7,647.22 |
| Commission | | | | | $126.10 |
| FYE Bonus | | | | | $1,000.00 |
| PTO Hours | | | | 40.0000 | $975.95 |
| Holiday Hours | | | | 32.0000 | $785.64 |
| FLSA OT | | | | 394.8500 | $79.84 |
| **Taxable Benefits** | | | $0.07 | | $1.19 |
| Group Term Life | | | $0.07 | | $1.19 |
| **Memo Information** | | | $538.15 | | $9,048.40 |
| ER Dental Paid | | | $14.60 | | $248.20 |
| ER Health Paid | | | $465.99 | | $7,921.83 |
| ER LTD | | | $2.11 | | $35.87 |
| ER Basic Life | | | $2.59 | | $44.03 |
| 401K ER Match | | | $52.86 | | $798.47 |
| **Pre-Tax Deductions** | | | $480.48 | | $7,288.21 |
| Dental | | | $18.66 | | $305.30 |
| Medical | | | $299.20 | | $4,841.38 |
| Vision | | | $4.05 | | $67.05 |
| 401K PreTax | | | $158.57 | | $2,074.48 |
| **Taxes** | | | $420.28 | | $6,185.52 |
| Federal W/H | | | $181.09 | | $2,570.37 |
| Social Security EE | | | $143.91 | | $2,152.02 |
| Medicare EE | | | $33.65 | | $503.29 |
| CA W/H | | | $33.78 | | $543.33 |
| CA DT EE | | | $27.85 | | $416.51 |
| **Post-Tax Deductions** | | | $26.43 | | $407.04 |
| 401K Roth | | | $26.43 | | $399.20 |
| Short Term Disability | | | | | $7.84 |
| **Reimbursements** | | | $40.00 | | $320.00 |
| Telephone Reimb | | | $40.00 | | $320.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,755.71 | | $26,361.75 |
| Direct Deposit | 322281235 | XXXXXXXXX7500 | $1,755.71 | | |

| **Accruals & Balances** | |
|---|---|
| PTO Balance: | 48.58 Hours |
| Sick Balance: | 0.00 Hours |



| | | | | | |
|---|---|---|---|---|---|
| **Employer Name:** | Pacific Gypsum Supply, Inc. | **Employee Name:** | Jessica Rodriguez | **Pay Date:** | 8/15/2025 |
| | | **Employee #:** | 163324 | **Pay Period:** | 7/27/2025 - 8/9/2025 |
| | | **Employee Address:** | 40593 Mayberry Ave<br>Hemet, CA 92544 | **Deposit Advice #:** | 996372616 |
| | | | | **Pay Frequency:** | Bi-Weekly |
| | | **Department:** | Purchasing | **Pay Rate:** | 25.0084 |
| | | **Job Title:** | Purchasing Assistant | **Federal Filing Status:** | Married |
| | | **Pay Group:** | JBMBW - Bi-WklyHrly (Sun-Sat) | **Federal 2c/Extra Withholding:** | Yes/$0.00 |
| **Employer Phone:** | 678-353-2865 | **Pay Type:** | Hourly | **State Filing Status:** | Married (CA) |
| **Employer Address:** | 1165 North Johnson Avenue<br>El Cajon, CA 92020 | | | **State Exemptions:** | 0 (CA) |

| Supplemental Earnings Statement | | | | | |
|---|---|---|---|---|---|
| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
| Regular Hours | 7/27/2025 | 8/2/2025 | 40.0000 | 25.0084 | $1,000.35 |
| Regular Hours | 8/3/2025 | 8/9/2025 | 40.0000 | 25.0084 | $1,000.35 |
| Overtime 1.5x | 7/27/2025 | 8/2/2025 | 8.5600 | 37.5125 | $321.10 |
| Overtime 1.5x | 8/3/2025 | 8/9/2025 | 8.5600 | 37.5125 | $321.10 |
| Telephone Reimb | 7/27/2025 | 8/9/2025 | | | $40.00 |
| ER Dental Paid | 7/27/2025 | 8/9/2025 | | | $14.60 |
| Group Term Life | 7/27/2025 | 8/9/2025 | | | $0.07 |
| ER Health Paid | 7/27/2025 | 8/9/2025 | | | $465.99 |
| ER LTD | 7/27/2025 | 8/9/2025 | | | $2.11 |
| ER Basic Life | 7/27/2025 | 8/9/2025 | | | $2.59 |
| 401K ER Match | 7/27/2025 | 8/9/2025 | | | $52.86 |
| **Total Hours Paid** | | | 97.1200 | | |



| | | |
|---|---|---|
| **Employee Name:** | Vanessa Rodriguez | |
| **Employee #:** | 163324 | |
| **Employee Address:** | 40593 Mayberry Ave, Hemet, CA 92544 | |
| **Department:** | Purchasing | |
| **Job Title:** | Purchasing Assistant | |
| **Pay Group:** | JBMBW - Bi-WklyHrly (Sun-Sat) | |
| **Pay Type:** | Hourly | |
| **Pay Date:** | 8/1/2025 | |
| **Pay Period:** | 7/13/2025 - 7/26/2025 | |
| **Deposit Advice #:** | 989340297 | |
| **Pay Frequency:** | Bi-Weekly | |
| **Pay Rate:** | 25.0084 | |
| **Federal Filing Status:** | Married | |
| **Federal 2c/Extra Withholding:** | Yes/$0.00 | |
| **State Filing Status:** | Married (CA) | |
| **State Exemptions:** | 0 (CA) | |

**Employer Name:** Pacific Gypsum Supply, Inc.
**Employer Phone:** 678-353-2865
**Employer Address:** 1165 North Johnson Avenue, El Cajon, CA 92020

| | Current 7/13/2025 - 7/26/2025 | | | YTD As of 7/26/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 95.2600 | | $2,573.15 | 1,378.3000 | $37,261.37 |
| Regular Hours | 80.0000 | 25.0084 | $2,000.70 | 1,115.6000 | $27,307.07 |
| Overtime 1.5x | 15.2600 | 37.5125 | $572.45 | 190.7000 | $7,005.02 |
| Commission | | | | | $109.18 |
| FYE Bonus | | | | | $1,000.00 |
| PTO Hours | | | | 40.0000 | $975.95 |
| Holiday Hours | | | | 32.0000 | $785.64 |
| FLSA OT | | | | 387.4000 | $78.51 |
| **Taxable Benefits** | | | $0.07 | | $1.12 |
| Group Term Life | | | $0.07 | | $1.12 |
| **Memo Information** | | | $536.75 | | $8,509.88 |
| ER Dental Paid | | | $14.60 | | $233.60 |
| ER Health Paid | | | $465.99 | | $7,455.84 |
| ER LTD | | | $2.11 | | $33.76 |
| ER Basic Life | | | $2.59 | | $41.44 |
| 401K ER Match | | | $51.46 | | $745.24 |
| **Pre-Tax Deductions** | | | $476.30 | | $6,806.63 |
| Dental | | | $18.66 | | $286.64 |
| Medical | | | $299.20 | | $4,542.18 |
| Vision | | | $4.05 | | $63.00 |
| 401K PreTax | | | $154.39 | | $1,914.81 |
| **Taxes** | | | $404.80 | | $5,758.72 |
| Federal W/H | | | $173.22 | | $2,385.51 |
| Social Security EE | | | $139.58 | | $2,006.98 |
| Medicare EE | | | $32.64 | | $469.37 |
| CA W/H | | | $32.34 | | $508.42 |
| CA DT EE | | | $27.02 | | $388.44 |
| **Post-Tax Deductions** | | | $25.73 | | $380.43 |
| 401K Roth | | | $25.73 | | $372.59 |
| Short Term Disability | | | | | $7.84 |
| **Reimbursements** | | | | | $280.00 |
| Telephone Reimb | | | | | $280.00 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| **Net Pay** | | | $1,666.32 | | $24,595.59 |
| Direct Deposit | 322281235 | XXXXXXXXX7500 | $1,666.32 | | |

| **Accruals & Balances** | |
|---|---|
| PTO Balance: | 45.48 Hours |
| Sick Balance: | 0.00 Hours |



| | | | | | |
|---|---|---|---|---|---|
| **Employer Name:** | Pacific Gypsum Supply, Inc. | **Employee Name:** | Evangelina Rodriguez | **Pay Date:** | 8/1/2025 |
| | | **Employee #:** | 163324 | **Pay Period:** | 7/13/2025 - 7/26/2025 |
| | | **Employee Address:** | 40593 Mayberry Ave, Hemet, CA 92544 | **Deposit Advice #:** | 989340297 |
| | | **Department:** | Purchasing | **Pay Frequency:** | Bi-Weekly |
| | | **Job Title:** | Purchasing Assistant | **Pay Rate:** | 25.0084 |
| | | **Pay Group:** | JBMBW - Bi-WklyHrly (Sun-Sat) | **Federal Filing Status:** | Married |
| **Employer Phone:** | 678-353-2865 | | | **Federal 2c/Extra Withholding:** | Yes/$0.00 |
| | | **Pay Type:** | Hourly | **State Filing Status:** | Married (CA) |
| **Employer Address:** | 1165 North Johnson Avenue, El Cajon, CA 92020 | | | **State Exemptions:** | 0 (CA) |

### Supplemental Earnings Statement

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular Hours | 7/13/2025 | 7/19/2025 | 40.0000 | 25.0084 | $1,000.35 |
| Regular Hours | 7/20/2025 | 7/26/2025 | 40.0000 | 25.0084 | $1,000.35 |
| Overtime 1.5x | 7/13/2025 | 7/19/2025 | 7.8100 | 37.5125 | $292.97 |
| Overtime 1.5x | 7/20/2025 | 7/26/2025 | 7.4500 | 37.5125 | $279.48 |
| ER Dental Paid | 7/13/2025 | 7/26/2025 | | | $14.60 |
| Group Term Life | 7/13/2025 | 7/26/2025 | | | $0.07 |
| ER Health Paid | 7/13/2025 | 7/26/2025 | | | $465.99 |
| ER LTD | 7/13/2025 | 7/26/2025 | | | $2.11 |
| ER Basic Life | 7/13/2025 | 7/26/2025 | | | $2.59 |
| 401K ER Match | 7/13/2025 | 7/26/2025 | | | $51.46 |
| **Total Hours Paid** | | | 95.2600 | | |



| | | | | | |
|---|---|---|---|---|---|
| **Employee Name:** | Alyssa Rodriguez | | | **Pay Date:** | 7/18/2025 |
| **Employee #:** | 163324 | | | **Pay Period:** | 6/29/2025 - 7/12/2025 |
| **Employee Address:** | 40593 Mayberry Ave | | | **Deposit Advice #:** | 982069144 |
| | Hemet, CA 92544 | | | **Pay Frequency:** | Bi-Weekly |
| **Department:** | Purchasing | | | **Pay Rate:** | 25.0084 |
| **Job Title:** | Purchasing Assistant | | | **Federal Filing Status:** | Married |
| **Pay Group:** | JBMBW - Bi-WklyHrly (Sun-Sat) | | | **Federal 2c/Extra Withholding:** | Yes/$0.00 |
| **Pay Type:** | Hourly | | | **State Filing Status:** | Married (CA) |
| | | | | **State Exemptions:** | 0 (CA) |

**Employer Name:** Pacific Gypsum Supply, Inc.
**Employer Phone:** 678-353-2865
**Employer Address:** 1165 North Johnson Avenue
El Cajon, CA 92020

| | Current 6/29/2025 - 7/12/2025 | | | YTD As of 7/12/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 95.1100 | | $2,560.52 | 1,283.0400 | $34,648.96 |
| Regular Hours | 8.0000 | 24.3984 | $195.19 | 1,035.6000 | $25,306.37 |
| Regular Hours | 64.0000 | 25.0084 | $1,600.56 | | |
| Overtime 1.5x | 2.3200 | 36.5976 | $84.91 | 175.4400 | $6,432.57 |
| Overtime 1.5x | 12.7900 | 37.5125 | $479.79 | | |
| Commission | | | | | $73.06 |
| FYE Bonus | | | | | $1,000.00 |
| PTO Hours | | | | 40.0000 | $975.95 |
| Holiday Hours | 8.0000 | 25.0084 | $200.07 | 32.0000 | $785.64 |
| FLSA OT | | | | 372.2900 | $75.37 |
| **Taxable Benefits** | | | $0.07 | | $1.05 |
| Group Term Life | | | $0.07 | | $1.05 |
| **Memo Information** | | | $536.50 | | $7,972.34 |
| ER Dental Paid | | | $14.60 | | $219.00 |
| ER Health Paid | | | $465.99 | | $6,989.85 |
| ER LTD | | | $2.11 | | $31.65 |
| ER Basic Life | | | $2.59 | | $38.85 |
| 401K ER Match | | | $51.21 | | $692.99 |
| **Pre-Tax Deductions** | | | $475.54 | | $6,327.97 |
| Dental | | | $18.66 | | $267.98 |
| Medical | | | $299.20 | | $4,242.98 |
| Vision | | | $4.05 | | $58.95 |
| 401K PreTax | | | $153.63 | | $1,758.06 |
| **Taxes** | | | $401.99 | | $5,339.89 |
| Federal W/H | | | $171.79 | | $2,204.17 |
| Social Security EE | | | $138.80 | | $1,864.97 |
| Medicare EE | | | $32.46 | | $436.16 |
| CA W/H | | | $32.08 | | $473.64 |
| CA DT EE | | | $26.86 | | $360.95 |
| **Post-Tax Deductions** | | | $25.61 | | $354.31 |
| 401K Roth | | | $25.61 | | $346.47 |
| Short Term Disability | | | | | $7.84 |
| **Reimbursements** | | | $40.00 | | $280.00 |
| Telephone Reimb | | | $40.00 | | $280.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,697.38 | | $22,906.79 |
| Direct Deposit | 322281235 | XXXXXXXXX7500 | $1,697.38 | | |

| **Accruals & Balances** | |
|---|---|
| PTO Balance: | 42.38 Hours |
| Sick Balance: | 0.00 Hours |



| | |
|---|---|
| **Employer Name:** | Pacific Gypsum Supply, Inc. |
| **Employer Phone:** | 678-353-2865 |
| **Employer Address:** | 1165 North Johnson Avenue<br>El Cajon, CA 92020 |

| | |
|---|---|
| **Employee Name:** | Jessica Rodriguez |
| **Employee #:** | 163334 |
| **Employee Address:** | 40593 Mayberry Ave<br>Hemet, CA 92544 |
| **Department:** | Purchasing |
| **Job Title:** | Purchasing Assistant |
| **Pay Group:** | JBMBW - Bi-WklyHrly (Sun-Sat) |
| **Pay Type:** | Hourly |

| | |
|---|---|
| **Pay Date:** | 7/18/2025 |
| **Pay Period:** | 6/29/2025 - 7/12/2025 |
| **Deposit Advice #:** | 982069144 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 25.0084 |
| **Federal Filing Status:** | Married |
| **Federal 2c/Extra Withholding:** | Yes/$0.00 |
| **State Filing Status:** | Married (CA) |
| **State Exemptions:** | 0 (CA) |

### Supplemental Earnings Statement

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular Hours | 6/29/2025 | 7/5/2025 | 8.0000 | 24.3984 | $195.19 |
| Regular Hours | 6/29/2025 | 7/5/2025 | 24.0000 | 25.0084 | $600.21 |
| Regular Hours | 7/6/2025 | 7/12/2025 | 40.0000 | 25.0084 | $1,000.35 |
| Overtime 1.5x | 6/29/2025 | 7/5/2025 | 2.3200 | 36.5976 | $84.91 |
| Overtime 1.5x | 6/29/2025 | 7/5/2025 | 4.5100 | 37.5125 | $169.18 |
| Overtime 1.5x | 7/6/2025 | 7/12/2025 | 8.2800 | 37.5125 | $310.61 |
| Holiday Hours | 6/29/2025 | 7/5/2025 | 8.0000 | 25.0084 | $200.07 |
| Telephone Reimb | 6/29/2025 | 7/12/2025 | | | $40.00 |
| ER Dental Paid | 6/29/2025 | 7/12/2025 | | | $14.60 |
| Group Term Life | 6/29/2025 | 7/12/2025 | | | $0.07 |
| ER Health Paid | 6/29/2025 | 7/12/2025 | | | $465.99 |
| ER LTD | 6/29/2025 | 7/12/2025 | | | $2.11 |
| ER Basic Life | 6/29/2025 | 7/12/2025 | | | $2.59 |
| 401K ER Match | 6/29/2025 | 7/12/2025 | | | $51.21 |
| **Total Hours Paid** | | | 95.1100 | | |

