United States Bankruptcy Court

Central District of California

In re:      Case No. 25-16548-RB

Eldaena Haro Rodriguez      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6     User: admin     Page 1 of 3

Date Rcvd: Nov 24, 2025     Form ID: van150     Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Eldaena Haro Rodriguez, 40593 Mayberry Ave, Hemet, CA 92544-6215 |
| 42668365 | Daniels Jewelers / SMC, PO Box 3750, Culver City, CA 90231-3750 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Nov 25 2025 06:33:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Nov 25 2025 06:33:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| intp | + | Email/Text: BNCnotices@bdfgroup.com | Nov 25 2025 01:51:00 | Courtesy NEF, c/o BDFTE, LLP, 4004 Belt Line Rd., Suite 100, c/o BDFTE, LLP, Addison, TX 75001, UNITED STATES 75001-4320 |
| 42668360 | | Email/Text: bknotifications@alturacu.com | Nov 25 2025 01:53:00 | Altura Credit Union, 2847 Campus Pkwy, Riverside, CA 92507-0906 |
| 42668361 | | EDI: AMSHER.COM | Nov 25 2025 06:33:00 | AmSher Collection Services, 4524 Southlake Pkwy Ste 15, Hoover, AL 35244-3271 |
| 42668362 | | EDI: CAPITALONE.COM | Nov 25 2025 06:33:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42668363 | | EDI: JPMORGANCHASE | Nov 25 2025 06:33:00 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 42668364 | | EDI: CITICORP | Nov 25 2025 06:33:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 42768691 | | EDI: JEFFERSONCAP.COM | Nov 25 2025 06:33:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 42733350 | | EDI: JEFFERSONCAP.COM | Nov 25 2025 06:33:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 42699502 | + | Email/Text: RASEBN@raslg.com | Nov 25 2025 01:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, & Crane LLP, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 42668366 | | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 25 2025 01:51:00 | LoanCare Servicing, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 42748465 | | Email/Text: BankruptcyECFMail@mccalla.com | Nov 25 2025 01:52:00 | JPMorgan Chase Bank, N.A., McCalla Raymer Leibert Pierce, LLP, c/o Dane Exnowski, 1544 Old Alabama Road, Roswell GA 30076 |

Case 6:25-bk-16548-RB    Doc 24    Filed 11/26/25    Entered 11/26/25 21:36:17    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2025 | Form ID: van150 | Total Noticed: 24 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 42770493 | ^ | MEBN | Nov 25 2025 01:42:24 | Mechanics Bank C/O WESTLAKE PORTFOLIO MANAGEMENT, 4751 WILSHIRE BLVS SUITE 100, Los Angeles, CA 90010-3847 |
| 42668367 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 25 2025 01:53:00 | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 42748458 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 25 2025 01:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 42785229 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 25 2025 01:51:00 | Onslow Bay Financial LLC, c/o Loancare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 42668368 | | EDI: SYNC | Nov 25 2025 06:27:00 | Synchrony, PO Box 965036, Orlando, FL 32896-5036 |
| 42668369 | | EDI: SYNC | Nov 25 2025 06:27:00 | Synchrony / TJX, Po Box 71737, Philadelphia, PA 19176-1737 |
| 42699508 | | Email/Text: bncmail@w-legal.com | Nov 25 2025 01:52:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 42668370 | | EDI: WTRRNBANK.COM | Nov 25 2025 06:33:00 | TD Bank / Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 42668371 | | Email/Text: bankruptcynotice@westlakefinancial.com | Nov 25 2025 01:53:00 | Westlake Financial Services, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 42699509 | *P++ | TD BANK USA N A, C/O WEINSTEIN & RILEY P S, 749 GATEWAY STE G601, ABILENE TX 79602-1196, address filed with court:, TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2025              Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Eldaena Haro Rodriguez bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Edward A Treder | on behalf of Interested Party Courtesy NEF cdcaecf@bdfgroup.com |

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 24, 2025 | Form ID: van150 | Total Noticed: 24 |

Rod Danielson (TR)
    notice-efile@rodan13.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 4

## United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Eldaena Haro Rodriguez

**BANKRUPTCY NO.**  6:25−bk−16548−RB

**CHAPTER**  13

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):  xxx−xx−1684
Employer Tax−Identification (EIN) No(s).(if any):  N/A
**Debtor Dismissal Date:** 11/21/25

**Address:**
40593 Mayberry Ave
Hemet, CA 92544−6215

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retain jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Automatic Stay is moot. All pending motions and adversary
proceedings are vacated and dismissed.

Dated: November 21, 2025

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van150−od13a Rev. 06/2017

**23 / SH**